No. 98–1672. MEADE v. PEP BOYS MANNY MOE & JACK, INC., ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 98–1677. BYERLY v. OHIO. Ct. App. Ohio, Portage County. Certiorari denied.

No. 98–1679. BLAIR v. NEVADA DEPARTMENT OF MOTOR VEHICLES AND PUBLIC SAFETY. Sup. Ct. Nev. Certiorari denied.

No. 98–1681. IN RE DAY. Ct. App. D. C. Certiorari denied.

No. 98–1687. CROSS v. CROSS. Sup. Ct. Ga. Certiorari denied.

No. 98–1727. HEDRICK ET AL. v. HEDRICK ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–1733. JUNIOR v. GOODNIGHT ET AL. Sup. Ct. App. W. Va. Certiorari denied.

No. 98–1755. BERK REALTY, INC. v. MERCER COUNTY TAX CLAIM BUREAU. Commw. Ct. Pa. Certiorari denied.

No. 98–1757. UPSHAW v. DEPARTMENT OF TRANSPORTATION ET AL. C. A. 1st Cir. Certiorari denied.

No. 98–1769. SEA TOW SOUTH PALM BEACH, INC., ET AL. v. BOAT OWNERS ASSOCIATION OF THE UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–1777. BAIN, DIRECTOR OF PUBLIC SAFETY, SPARTANBURG POLICE DEPARTMENT, ET AL. v. NORWOOD, INDIVIDUALLY AND AS REPRESENTATIVE OF A CLASS OF CITIZENS. C. A. 4th Cir. Certiorari denied.

No. 98–1793. KOLB v. TEXAS. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 98–1809. MARIAH BOATS, INC. v. SLANE. C. A. 7th Cir. Certiorari denied.

No. 98–1816. GOROD v. TABACHNICK. App. Ct. Mass. Certiorari denied.